No. 78–1456. BAKER ET AL. *v.* ELCONA HOMES CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–1473. PACKARD *v.* CITY OF VALLEJO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 78–5552. PATMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6007. STEWART *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6090. KINCAID *v.* COMMISSIONER OF FINANCE AND CONTROL OF CONNECTICUT ET AL. App. Sess., Super. Ct. Conn. Certiorari denied.

No. 78–6181. PRENZLER *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (KLEINMAN ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 78–6197. SOBLOTNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–6214. MASON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6216. FARIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6221. GALLAGHER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6226. McGOWAN *v.* UNITED STATES; and
No. 78–6227. SWIDERSKI *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 78–6244. GANDOLFO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.